| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 00722)<br>Chief, Criminal Division |
| 4 | KESLIE STEWART (CSBN 184090)<br>Assistant United States Attorneys |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6962 |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0275-SI |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED]<br>ORDER RE CONTINUANCE |
| BRION SCOTT MCKENNA, | ) | |
| Defendant. | ) | |

STIP. RE CONTINUANCE

CR 05-0275-SI

1     This matter is currently scheduled for sentencing on November 18, 2005.  The defendant,
2  as part of his plea agreement, agreed to provide assistance to the government in this matter in
3  exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1.  The
4  defendant's assistance is on-going.  He continues to cooperate with the joint investigation by the
5  United States Attorney's Office here in the Northern District of California and the Fraud Section
6  of the Criminal Division in Washington D.C.  Because his cooperation is on-going and because
7  under-signed counsel will be on maternity leave until July 2006, the parties hereby stipulate and
8  jointly request that the sentencing be continued to July 28, 2006 or as soon thereafter as the Court
9  is available.  Counsel for both parties will coordinate with the Probation Officer to ensure that
10 she has the materials necessary to prepare the Presentence Report.
11 SO STIPULATED.

                                        KEVIN V. RYAN
                                        United States Attorney

Dated:  9/30/05                         /S/ Keslie Stewart
                                        KESLIE STEWART
                                        Assistant United States Attorney


Dated:  9/26/05                         /S/ Robert Humphreys
                                        ROBERT HUMPHREYS
                                        Attorney for Defendant

SO ORDERED.

Dated: _____

[GRANTED — Signed: Judge Susan Illston, United States District Court, Northern District of California]

STIP. RE CONTINUANCE

CR 05-0275-SI