RECEIVED
06 APR 19 AM 11: 26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEPHEN A. MANSFIELD (SBN 129666)
ROBERT B. HUMPHREYS (SBN 168833)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:  310-229-1000
Facsimile:  310-229-1001

Attorneys for Defendant,
BRION SCOTT McKENNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>BRION SCOTT MCKENNA,<br><br>Defendants. | Case No. CR-05-0275 SI<br><br>**STIPULATION AND [PROPOSED ORDER] RE FOREIGN TRAVEL** |

5901821

STIPULATION AND [PROPOSED ORDER] RE FOREIGN TRAVEL

The parties hereby stipulate as follows:.

1. On May 20, 2005, Defendant Brion Scott McKenna pleaded guilty in this Court to a one-count information charging a violation of 7 U.S.C. § 13(a)(2), submitting false statements concerning commodity transactions.

2. McKenna is cooperating with an on-going government investigation. Accordingly, his sentencing hearing has been continued. The sentencing hearing is currently scheduled for July 28, 2006.

3. Mr. McKenna was released on his own recognizance.

4. Mr. McKenna, who resides in Houston, Texas, would like to travel from his Houston home to Italy from May 24, 2006 through June 5, 2006. The purpose of the trip is tourism.

5. Mr. McKenna has fully complied with the terms of his pre-trial release, including his obligation to cooperate with the on-going investigation.

6. The government does not oppose Mr. McKenna's request.

7. Therefore, Mr. McKenna respectfully requests that this Court, pursuant to stipulation, to issue an order allowing his travel from Houston, Texas to Italy from May 24, 2006 through June 5, 2006.

Dated: April 18, 2006

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP
STEPHEN A. MANSFIELD
ROBERT B. HUMPHREYS

By _____
Robert B. Humphreys
Attorneys for Defendant
BRION SCOTT McKENNA

Dated: April 18, 2006

U.S. DEPARTMENT OF JUSTICE
ROBERTSON PARK
KESLIE STEWART

By Amanda L Riedel for Robertson Park
ROBERTSON PARK

5901821

STIPULATION AND [PROPOSED ORDER] RE FOREIGN TRAVEL

cr-05-0275 SI

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

The Stipulation re Foreign Travel is GRANTED. Brion Scott McKenna is hereby permitted to travel from Houston, Texas to Italy from May 24, 2006 through June 5, 2006.

DATED: _____, 2006

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Fifteenth Floor, San Francisco, California 94104. On **April 19, 2006**, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED ORDER] RE FOREIGN TRAVEL** on the interested party(ies) below, using the following means:

Keslie Stewart, Esq.<br>
United States Attorney's Office<br>
450 Golden Gate Avenue, 11th Floor<br>
San Francisco, California 94102<br>
Tel: (415) 436-7200<br>
Fax: (415) 436-7234

☒ BY PERSONAL SERVICE  I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 19, 2006** at San Francisco, California.

Nina McCarty
[Print Name of Person Executing Proof]     *Nina McCarty*
                                            [Signature]

5901821

*cr-05-0275 SI*

PROOF OF SERVICE