| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | KESLIE STEWART (CSBN 184090)<br>Assistant United States Attorneys |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6962 |
| 7 | |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0275-SI |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED]<br>ORDER RE CONTINUANCE |
| BRION SCOTT MCKENNA, | ) | |
| Defendant. | ) | |

STIP. RE CONTINUANCE

CR 05-0275-SI

1       This matter is currently scheduled for sentencing on July 28, 2006. The defendant, as part of his plea agreement, agreed to provide assistance to the government in this matter in exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1. The defendant's assistance is on-going. He continues to cooperate with the joint investigation by the United States Attorney's Office here in the Northern District of California and the Fraud Section of the Criminal Division in Washington D.C. Because his cooperation is on-going, the parties hereby stipulate and jointly request that the sentencing be continued to September 29, 2006, or as soon thereafter as the Court is available. Counsel for both parties will coordinate with the Probation Officer to ensure that she has the materials necessary to prepare the Presentence Report.

SO STIPULATED.

                    KEVIN V. RYAN
                    United States Attorney

Dated: June 6, 2006         /S/
                    KESLIE STEWART
                    Assistant United States Attorney

Dated: May 31, 2006        /S/
                    ROBERT HUMPHREYS
                    Attorney for Defendant

SO ORDERED.

Dated: _____
                    THE HON. SUSAN ILLSTON
                    United States District Court

STIP. RE CONTINUANCE

CR 05-0275-SI