1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  KESLIE STEWART (CSBN 184090)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6962
7
   Attorneys for Plaintiff
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,      )    No. CR 05-0275-SI
                                  )
14          Plaintiff,            )
                                  )    STIPULATION AND [PROPOSED]
15      v.                        )    ORDER RE CONTINUANCE
                                  )
16 BRION SCOTT MCKENNA,           )
                                  )
17                                )
            Defendant.            )
18 _____  )

STIP. RE CONTINUANCE

CR 05-0275-SI

1    This matter is currently scheduled for sentencing on September 29, 2006. The defendant,
2 as part of his plea agreement, agreed to provide assistance to the government in this matter in
3 exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1. The
4 defendant has been cooperating with the joint investigation by the United States Attorney's
5 Office here in the Northern District of California and the Fraud Section of the Criminal Division
6 in Washington D.C. Because his cooperation is on-going, the parties hereby stipulate and jointly
7 request that the sentencing be continued to February 23, 2007 or as soon thereafter as the Court is
8 available. Counsel for both parties will coordinate with the Probation Officer to ensure that she
9 has the materials necessary to prepare the Presentence Report.

10   SO STIPULATED.

                                              KEVIN V. RYAN
                                              United States Attorney

Dated: 7/28/06                                      /s/
                                              KESLIE STEWART
                                              Assistant United States Attorney


Dated:  7/26/06                                     /s/
                                              ROBERT HUMPHREYS
                                              Attorney for Defendant



21   SO ORDERED.

Dated:   08/01/06
                                              THE HON. SUSAN ILLSTON
                                              United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Susan Illston, signed]*

STIP. RE CONTINUANCE

CR 05-0275-SI