1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3709

7 | Keslie.Stewart@usdoj.gov

8 | Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-0275-SI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE |
| BRION SCOTT MCKENNA, | ) | |
| Defendant. | ) | |

STIP. RE CONTINUANCE

CR 05-0275-SI

1. This matter is currently scheduled for sentencing on February 23, 2007. The defendant,
2. as part of his plea agreement, agreed to provide assistance to the government in this matter in
3. exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1. The
4. defendant has been cooperating with the joint investigation by the United States Attorney's
5. Office here in the Northern District of California and the Fraud Section of the Criminal Division
6. in Washington D.C. Because his cooperation is on-going, the parties hereby stipulate and jointly
7. request that the sentencing be continued to September 7, 2007, or as soon thereafter as the Court
8. is available. Counsel for both parties will coordinate with the Probation Officer to ensure that
9. she has the materials necessary to prepare the Presentence Report.
10. SO STIPULATED.

KEVIN V. RYAN
United States Attorney

Dated: 1/11/07

*[signature]*

KESLIE STEWART
Assistant United States Attorney

Dated: 1/11/07

*[signature]*

ROBERT HUMPHREYS
Attorney for Defendant

SO ORDERED.

Dated: _____

*[signature: Susan Illston]*

THE HON. SUSAN ILLSTON
United States District Court

STIP. RE CONTINUANCE
CR 05-0275-SI