| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | KESLIE STEWART (CSBN 184090)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>San Francisco, California 94612<br>Telephone: (510) 637-3680 |
| 7 | Facsimile: (510) 637-3724<br>E-Mail: Keslie.Stewart@usdoj.gov |
| 8 | Attorneys for the United States of America |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0275-SI |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER RE CONTINUANCE |
| BRION SCOTT MCKENNA, | ) | |
| Defendant. | ) | |

Stipulation and [Proposed] Order
for Continuance
CR-05-0275 SI

This matter is currently scheduled for sentencing on November 14, 2008. The defendant, as part of his plea agreement, agreed to provide assistance to the government in this matter in exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1. The defendant has been cooperating with the joint investigation by the United States Attorney's Office here in the Northern District of California and the Fraud Section of the Criminal Division in Washington D.C. Because his cooperation is on-going, the parties hereby stipulate and jointly request that the sentencing be continued to July 17, 2009, or as soon thereafter as the Court is available. The Probation Officer has no objection to this date

SO STIPULATED.

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

Dated: 10/24/2008                     /s/
                              KESLIE STEWART
                              Assistant United States Attorney

Dated: 10/23/2008                     /s/
                              ROBERT HUMPHREYS
                              Attorney for Defendant

SO ORDERED.

Dated: _____

                              THE HON. SUSAN ILLSTON
                              United States District Court

Stipulation and [Proposed] Order
for Continuance
CR-05-0275 SI